IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED. ICMC reset for 10/28/13 at 2:15 p.m.*

| | |
|---|---|
| MARJORIE BANNISTER, | ) |
| Plaintiff, | ) CASE NO.: 3:13-0722 |
| v. | ) |
| | ) Judge Trauger |
| TRAVELERS INSURANCE COMPANY, | ) |
| | ) Magistrate Judge Brown |
| Defendant. | ) |

**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff Marjorie Bannister and Defendant Travelers Insurance Company jointly move for a continuance of the case management conference currently scheduled for October 16, 2012 at 1:00 p.m. (Dkt. No. 4). Counsel for the Plaintiff is traveling out of the country and cannot be available at that time. The parties contacted the Court's chambers and were made aware that the next date that the Court has available is October 28, 2013. Both counsels for the parties are available the afternoon of October 28, 2013, should this date still be available to the Court. If this motion is granted, the parties will file a Proposed Initial Case Management Order at least three days prior to the rescheduled case management conference.

Based on the foregoing, the parties request that the case management conference be rescheduled for a later date.